# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff*, | |
| v. | Case No. CR-24-069-RAW |
| **ARMONDA JOSEPH PALMA and BROOKLYN ELAINE WILSON,** | |
| *Defendant.* | |

## GOVERNMENT'S UNOPPOSED MOTION
## TO WITHDRAW EXHIBITS FROM THE CLERK OF COURT

COMES NOW, the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Sarah McAmis, and hereby Moves to Withdraw Government's Exhibits 5 and 6, which were delivered to the Clerk of Court on or about April 17, 2025. In support of its Motion, the Government states:

1. The undersigned has conferred with counsel for both Defendants and neither has an objection to this Motion.

2. Defendant Wilson was sentenced by this Court on April 23, 2025 (Doc. 90) and Defendant Palma was sentenced by this Court on April 24, 2025 (Doc. 93).

3. Exhibits 5 and 6 were submitted to the Court and Clerk of Court in error and were not utilized by the Court during either sentencing. The Court returned its copy of Exhibits 5 and 6 to the Government on April 24, 2025. As such, it is unnecessary for the Clerk of Court to maintain custody of Exhibits 5 and 6.

WHEREFORE, premises considered, the United States of America respectfully requests this Court grant its Unopposed Motion and allow it to Withdraw Exhibits 5 and 6.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/  Sarah McAmis
SARAH McAMIS, OBA # 15903
Assistant United States Attorney
520 South Denison
Muskogee, OK 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150
sarah.mcamis@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2025, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Ben Hilfiger, Counsel to Defendant Palma
Robert Gifford, Counsel to Defendant Wilson

s/  Sarah McAmis
SARAH McAMIS
Assistant United States Attorney

2